## STATE ex rel. COM'RS OF LAND OFFICE v. SUTTON et al.

No. 17474. Opinion Filed Sept. 20, 1927.

(Syllabus.)

Judicial Sales—Validity—Inadequacy of Consideration.

The syllabus in cause No.. 17475, State of Oklahoma on relation of the Commissioners of the Land Office of said State v. Leo C. Wilson et al., opinion filed April 5, 1927, 124 Okla. 236, 254 Pac. 968, is adopted as the syllabus in this case.

Error from District Court, Harper County; Arthur G. Sutton, Judge.

Action for foreclosure by the State on the relation of the Commissioners of the Land Office against Paul B. Sutton et al. Judgment for plaintiff, and W. A. Davis, purchaser at the sheriff's sale, moved to have the same confirmed, and the plaintiff moved to have said sale set aside. The motion to set aside was overruled and the sale was confirmed, from which the plaintiff appeals. Affirmed.

George E. Merritt, for plaintiff in error.

A. H. Walker and Loofbourrow & Loofbourrow, for defendants in error.

MASON, V. C. J. This is a companion case to No. 17475, the State of Oklahoma on relation of the Commissioners of the Land Office of said State v. Leo C. Wilson et al., in which the opinion of this court, affirming the judgment of the trial court, was filed on the 5th day of April, 1927, 124 Okla. 236, 254 Pac. 968.

The parties have filed a stipulation that the questions of law and fact involved in this cause and the assignments of error are the same as in case No. 17475 and that the decision in that case shall control this appeal.

The judgment of the trial court is, therefore, affirmed.

BRANSON, C. J., and PHELPS, LESTER, HUNT, CLARK, and RILEY, JJ., concur.